UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SN, et al.,

                        25-CV-10415 (VF)

                Plaintiffs,

                             **ORDER**

        -against-

RAUDABAUGH TRUCKING LLC,

                Defendant.

------------------------------------------------------------------x

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties were directed to file a joint status update on the case by May 15, 2026, which

was not filed. See ECF No. 13 at 4. The parties are directed to file a joint status update on the

case by **June 10, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
             June 4, 2026

                                _____
                                VALERIE FIGUEREDO
                                United States Magistrate Judge