UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SN, et al.,

                            Plaintiffs,

               -against-

RAUDABAUGH TRUCKING LLC,

                          Defendant.

-----------------------------------------------------------------x

25-CV-10415 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court having been advised at ECF Nos. 15-16 that all claims asserted herein have been settled in principle, it is **ORDERED** that the above-entitled action is hereby **DISMISSED** and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order, if the settlement is not consummated.

Any application to reopen must be filed on or before **August 10, 2026**; any untimely application to reopen may be denied solely on that basis. Further, requests to extend the deadline to reopen are unlikely to be granted.

If the parties want the Court to retain jurisdiction for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen, so that the agreement can be "so ordered" by the Court and part of the public record. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement.

All pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

**SO ORDERED.**

DATED:     New York, New York
           June 8, 2026

VALERIE FIGUEREDO
United States Magistrate Judge